**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6637**

———————

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

     v.

STEVE DIAS, a/k/a Troy, a/k/a O'Neil Guthrie,

               Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:04-cr-00259-HEH-2)

———————

Submitted: July 27, 2010         Decided:  August 9, 2010

———————

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Steve Dias, Appellant Pro Se.  Olivia N. Hawkins, OFFICE OF THE UNITED STATES ATTORNEY, Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Dias appeals the district court's order denying his second 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Dias, No. 3:04-cr-00259-HEH-2 (E.D. Va. Mar. 1, 2010); see also United States v. Goodwyn, 596 F.3d 233, 234-46 (4th Cir. 2010) (holding that district court lacked authority to grant defendant's motion to reconsider, filed eight months after the district court's order ruling on original § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED